# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

August 16, 2021

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Sergio Perez Ponce*, 21 Cr. 678 (VSB)

Dear Judge Broderick:

    I write on consent (Assistant U.S. Attorney Brandon Harper) to respectfully request that the Court adjourn the status conference in this case, currently scheduled for August 24, 2021, at 9:00 a.m., for a period of around 30 days. The reason for the request is that – having shifted around my schedule to accommodate a trial – I will be out of the office for several weeks.

    If the Court grants the request, I further ask that the Court exclude time under the Speedy Trial Act until the next conference date.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737

cc:   Brandon Harper, Esq., by ECF

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 8/23/2021

The status conference scheduled for August 24, 2021 is hereby adjourned September 28, 2021 at 9:00 a.m. The adjournment is necessary to permit counsel sufficient time to review discovery, prepare for trial, and continue engaging in pretrial disposition discussions of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between August 24, 2021 and September 28, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.